# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SMBAT SHAHINYAN (7),<br><br>Defendant. | Case No. 20cr314-MMA-7<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE**<br><br>[Doc. No. 305] |

Defendant Smbat Shahinyan moves to extend his self-surrender date from March 9, 2022 to March 16, 2022. His motion is unopposed. Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's motion.

Defendant must surrender into the custody of the United States Marshal for this district **no later than 12:00 noon on March 16, 2022**.

**IT IS SO ORDERED**.

Dated: March 7, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge